**Order entered May 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01127-CR

**RUBEN LORENZO PAZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-53572-U**

## ORDER

The Court **GRANTS** the State's May 20, 2015 second motion for extension of time to file the State's Brief and the May 20, 2015 motion for leave to file brief exceeding word limit.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/    ADA BROWN
       JUSTICE